No. 02–8331. DEVINE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–8332. CHAVEZ-MIRANDA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–8333. CARLSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8334. CLARK v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 02–8336. DUNN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–8337. DEHANEY v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied. 

No. 02–8339. WILT v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–8341. ROSARIO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 02–8342. STREETER v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied. 

No. 02–8344. FERRELL, AKA RANGE v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 02–8345. HERSH v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 02–8346. INDA-PARRA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–8347. HANKEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–8348. IRRA-ONTIVEROS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–8349. FOSTER v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 02–8356. MAZE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.